**Steven FORSLUND, Petitioner–Appellant,**

v.

**David ROBINSON, Warden, Nottoway Correctional Center, Respondent–Appellee.**

No. 01–6032.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Steven Forslund, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Steven Forslund seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appeala-

bility and dismiss the appeal on the reasoning of the district court. *Forslund v. Robinson,* No. CA–99–1388–AM (E.D.Va. Nov. 29, 2000). We deny Forslund's motion for preparation of a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*